1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, NV 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5

6  Pamela Q. Devata (admitted pro hac vice)
   pdevata@seyfarth.com
7  John Drury (admitted pro hac vice)
   jdrury@seyfarth.com
8  SEYFARTH SHAW LLP
   233 S. Wacker Dr., Ste. 8000
9  Chicago, IL 60606
   Phone: (312) 460-5000
10 Fax: (312) 460-7000

11 Attorneys for Defendant,
   Insurance Services Office, Inc.
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF NEVADA

15 MYESHA PRATHER,                    )  Case No.: 2:17-cv-02411-APG-GWF
                                      )
16              Plaintiff,            )
                                      )
17      v.                            )
                                      )
18 INSURANCE SERVICES OFFICE, INC.,   )
                                      )
19              Defendant.            )
                                      )
20

21   STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

22                        [FOURTH REQUEST]

23        Plaintiff Myesha Prather, in proper person, ("Plaintiff") and Defendant Insurance

24 Services Office, Inc. ("ISO"), by and through its counsel and pursuant to LR IA 6-1 and

25 LR 7-1, do hereby stipulate and agree to an extension of time up to and including

26 December 14, 2017, for Defendant to file its responsive pleading in this case.

27        This Stipulation is made in good faith and not for the purpose of delay. Plaintiff

28

2941385v1

filed her Fourth Amended Complaint on November 16, 2017. There are new allegations and claims in the new complaint which counsel is reviewing along with the extensive exhibits. In addition, counsel for ISO, John Drury was unexpectedly in the hospital for two days prior to the Thanksgiving Holiday and was not able to work on the Defendant's responsive pleading.

Plaintiff agreed to Defendant's counsel's request to extend the time for Defendant to file its responsive pleading through and including December 14, 2017.

Dated this 29th day of November 2017

/s/ Myesha Prather

MYESHA PRATHER
10624 S. Eastern Ave. #593
Henderson, NV 89052
Phone: 281-667-1809
Email: Missmyesha1987@gmail.com
In Proper Person

Dated this 29th day of November 2017

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

Michael C. Mills, Esq.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

Pamela Q. Devata (admitted pro hac vice)
pdevata@seyfarth.com
John Drury (admitted pro hac vice)
jdrury@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606
Phone: (312) 460-5000
Fax: (312) 460-7000

Attorneys for Defendant,
Insurance Services Office, Inc.

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: November 30, 2017

STIPULATION FOR EXENSTENSION OF TIME TO FILE RESPONSIVE PLEADING
- PAGE 2 OF 2 -

2941385v1